No. 606, Misc. HARTFIELD v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 610, Misc. SAVOY v. WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 611, Misc. HEUSINGER v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, Paxton Blair, Solicitor General, and Ruth Kessler Toch, Assistant Attorney General, for respondent.

No. 613, Misc. HILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg and Felicia Dubrovsky for the United States.

No. 614, Misc. PERSONS v. WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 619, Misc. SMITH v. WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 621, Misc. BELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 624, Misc. RUNION v. NEW YORK. Court of Appeals of New York. Certiorari denied.